# UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>     Plaintiff,<br><br>v.<br><br>DENNIS LYNN JAMES,<br><br>     Defendant. | Case No. 1:12-cr-00243-BLW<br><br>**ORDER** |

The Court has before it Defendant's Motion to Suppress. (Dkt. 37). Counsel has agreed to have the motion fully briefed by February 19, 2013, and a suppression hearing is currently scheduled for February 26, 2013. Trial is currently set for February 25, 2013. Accordingly, the Court must continue the trial.

Under all these circumstances, the Court finds that a continuance is warranted under 18 U.S.C. § 3161(h)(1)(D), which authorizes a finding of excludable time resulting from any pretrial motion. . . ." Accordingly,

NOW THEREFORE IT IS HEREBY ORDERED that the present trial date be VACATED, and that a new trial be set for **March 25, 2013 at 1:30 p.m.** in the U.S. Courthouse in Boise, Idaho.

IT IS FURTHER ORDERED that the period of time between the prior trial date and the new trial date be deemed EXCLUDABLE TIME under the Speedy Trial Act, 18

U.S.C. § 3161(h)(1)(D).

IT IS FURTHER ORDERED that the current trial readiness conference be VACATED, and that a new trial readiness conference be conducted by telephone on **March 14, 2013 at 4:00 p.m.** The Government shall place the call to (208) 334-9145 with opposing counsel on the line.

IT IS FURTHER ORDERED that the Government's response to the pending motion shall be filed on or before **February 11, 2013**, and Defendant's reply, if any, shall be filed on or before **February 19, 2013**.

IT IS FURTHER ORDERED that a suppression hearing on the pending motion to suppress shall be conducted on **February 26, 2013 at 2:30 p.m.** in the Federal Courthouse in Boise, Idaho.

DATED:  **January 31, 2013**

B. LYNN WINMILL
Chief U.S. District Court Judge